157 So.2d 230

**CITY OF SHREVEPORT**

v.

**Tommy SANDERS.**

No. 46932.

Nov. 12, 1963.

In re: City of Shreveport applying for writ of certiorari.

Writ refused. We find no error of law in the judgment complained of.

157 So.2d 230

**Beulah Pitre RICHARD et vir**

v.

**GENERAL FIRE AND CASUALTY
COMPANY.**

No. 46945.

Nov. 12, 1963.

In re: General Fire and Casualty Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Evangeline. 155 So.2d 676.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.